IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| BRIMSTONE NATURAL RESOURCES CO., an Oregon corporation; JOHN WEST, an individual; ROBERT STUMBO, an individual, | Case No. 1:18-cv-01740-CL |
| Plaintiffs,<br>v. | **ORDER OF DISMISSAL** |
| DAVID HAIGHT, an individual, et al.<br>Defendants. | |

CLARKE, Magistrate Judge.

The case comes before the Court on Plaintiffs' unopposed Motion for Voluntary Dismissal (#109). Having been duly advised, the Court finds that this motion should be granted. Plaintiffs' final remaining claim for First Amendment Retaliation is dismissed, with prejudice. Judgment will be entered for the defendants.

IT IS SO ORDERED and DATED this  31  day of January, 2022.

MARK D. CLARKE
United States Magistrate Judge

Page 1 – ORDER